tioners. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 209, Misc. WHITE *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *James P. Mozingo III* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 213, Misc. DERENGOWSKI *v.* UNITED STATES MARSHAL ET AL. C. A. 8th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for respondent United States Marshal.

No. 219, Misc. HILL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 231, Misc. MONTANEZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Leon B. Polsky* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 233, Misc. RONAN *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 1st Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Rogovin* and *Jeanine Jacobs* for respondent.

No. 278, Misc. STEVENSON *v.* UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied. *Solicitor General Marshall* for the United States.

No. 292, Misc. SCHMIDT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Marshall* for the United States.

No. 254, Misc. GROLEAU ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Bea-*

*trice Rosenberg* for the United States.

No. 257, Misc. BURICH *v.* UNITED STATES. Ct. Cl. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Marshall* for the United States.

No. 265, Misc. WOODRING *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 275, Misc. BRAVERMAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *H. Elliot Wales* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 277, Misc. GUNZBURGER *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 2d Cir. Certiorari denied. *Solicitor General Marshall* for respondent.

No. 280, Misc. DEARINGER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 285, Misc. JONES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 296, Misc. STIGALL *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 328, Misc. GUFFEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg*